FILED
COURT OF APPEALS DIV 1
STATE OF WASHINGTON

2019 JUL 15 AM 8: 49

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
# DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 78972-4-1 |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTY LENNARD HIGGINS, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: JUL 15 2019 |
| | ) | |

PER CURIAM — Marty Higgins appeals the sentence imposed following his conviction for residential burglary. He contends, and the State concedes, that the sentencing court exceeded its authority in prohibiting contact with Clifford Wilson for 20 years because the statutory maximum for his offense is 10 years. RCW 9A.52.025 (2); RCW 9A.20.021 (1) (b). We accept the State's concession and remand for amendment of the judgment and sentence.

FOR THE COURT:

_Leach, J._